**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

SARDAR AKBARI,

Petitioner,

v. No. 1:26-cv-03573-KG-GBW

MARKWAYNE MULLIN*, Secretary of the*
*U.S. Department of Homeland Security;*
*et al.*;

Respondents.

**ORDER DISSOLVING TEMPORARY RESTRAINING ORDER**

This matter is before the Court *sua sponte*. On November 2, 2026, the Court held an emergency hearing on Petitioner's Second Motion for a Temporary Restraining Order ("Second TRO Motion"). Doc. 16. At that hearing, the Court entered an oral order granting the Second TRO Motion, the Court followed that oral order with a written order on November 4, 2024, detailing its reasoning ("TRO"). Doc. 22. In the TRO, the Court specifically stated "[s]hould Petitioner intend to seek relief beyond the 14-day period he must file a motion for a preliminary injunction prior to the expiration of this temporary restraining order." *Id.* at 11.

Petitioner did not file a motion for a preliminary injunction and instead moved for an extension of the TRO (the "Motion to Extend"). Doc. 28. Respondents opposed the Motion to Extend. Doc. 30. Court granted in part the Motion to Extend, and extended the TRO to November 19, 2026, at 4:00pm MST. Doc. 33 at 3. The Court also ordered Petitioner to file a motion for a preliminary injunction no later than November 18, 2026, at 12:00pm MST, to give the Court time to consider Petitioner's arguments before the expiration of the extension to the TRO. *Id.* Petitioner did not file a motion for a preliminary injunction. Rather, Petitioner filed a

Notice of Status Update in which Petitioner stated "Petitioner does not seek a preliminary injunction." Doc. 34 at 1. As a result, the Court will dissolve the TRO.

For the reasons stated above, the Temporary Restraining Order, Doc. 22, is immediately dissolved. Respondents are ordered to provide a status update regarding the removal of Petitioner within ten (10) business days.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales___________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.